Max Brill, appellee, v. Samuel Sandler, appellant. Gen. No. 8,215.

Heard in this court at the May term, 1930. Opinion filed September 10, 1930.

Chester F. Barnett and Henry E. Pratt, for appellant. Ben Thurman, for appellee.

Mr. Justice Jones delivered the opinion of the court.

Harold F. Shannon, appellee, v. Robert Short, appellant. Gen. No. 8,218.

Heard in this court at the May term, 1930. Opinion filed September 10, 1930.

Early & Early, for appellant. Large & Reno, for appellee.

Mr. Justice Jones delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Harry A. Terhune, plaintiff in error. Gen. No. 8,171.

Heard in this court at the February term, 1930. Opinion filed September 24, 1930.

Robert W. Besse, for plaintiff in error. Vincent A. Bell, State's Attorney, for defendant in error; Jacob J. Ludens, of counsel.

Mr. Presiding Justice Jett delivered the opinion of the court.

Frank Worthey, appellee, v. Cleveland, Cincinnati, Chicago & St. Louis Railway Company, appellant. Gen. No. 8,186.

Heard in this court at the February term, 1930. Opinion filed September 24, 1930.

Geo. B. Gillespie, for appellant; Miller, Elliott & Westervelt and Gillespie, Burke & Gillespie, of counsel. John E. Cassidy, for appellee.

Mr. Justice Boggs delivered the opinion of the court.